

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2022

No. 04-21-00233-CV

**VIA METROPOLITAN TRANSIT AUTHORITY**,
Appellant

v.

Manuel **FLORES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06515
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The Appellant's Motion to Withdraw as Counsel by Andrea Morris is hereby GRANTED.

It is so **ORDERED** on January 6, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT